IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Wayne K. Baker, : 
          Petitioner : 
  : 
          v. :   No. 633 C.D. 2016
  : 
Department of : 
Environmental Protection, : 
          Respondent : 

## **O R D E R**

NOW, April 25, 2017, upon consideration of petitioner's application for reargument and respondent's and intervenor's answers in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge